In the Matter of BERWIND-WHITE COAL MINING COMPANY, Respondent, against JOSEPH D. McGOLDRICK, as Comptroller of the City of New York, Appellant.

Argued May 17, 1939; decided June 21, 1939.

*William C. Chanler, Corporation Counsel (Milton Sandberg, Arthur A. Segall* and *Sol Charles Levine* of counsel), for appellant.

*Marvin Lyons* and *Robert C. Vincent* for respondent.

Order affirmed, with costs; no opinion. (See 281 N. Y. 670.)

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN and RIPPEY, JJ. Dissenting: FINCH, J. Taking no part: O'BRIEN, J.